M. P. No. 1750. GORDON E. BRYANT *v.* JOHN G. CUNNIFF *et al., Members of the Foster-Glocester Regional School Committee.* Petition to reargue denied. Joslin, and Doris, JJ., not

participating. Powers, J., although retired, participated. *Natale L. Urso,* for petitioner. *Bradford Gorham,* for respondent.